# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff /Counter-Defendant, ) ) | CASE NO.: 1:10-cv-0261 LJM-MJD |
| v. ) ) | |
| NUTHAK INSURANCE, LLC and STEPHEN C. NUTHAK, ) ) ) | |
| Defendants/Counterclaimants. ) | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

The parties, by counsel, hereby stipulate to the dismissal, with prejudice, of the Plaintiff's claim against the Defendants, and this case in its entirety. Each side shall bear its own costs.

NORRIS CHOPLIN SCHROEDER LLP           HUNT SUEDHOFF KALAMAROS LLP


 *s/ Peter A. Schroeder*                                     *s/ Philip E. Kalamaros*
Peter A. Schroeder (#1587-49)                   Philip E. Kalamaros (#11722-71)

NORRIS CHOPLIN SCHROEDER LLP           HUNT SUEDHOFF KALAMAROS LLP
101 West Ohio Street, Ninth Floor                 301 State Street, 2nd Floor – P.O. Box 46
Indianapolis, IN  46204-4213                          St. Joseph, MI  49085
317/269-9330; 317/269-9338 (fax)                269/983-4405; 269/983-5645 (fax)
pschroeder@ncs-law.com                              pkalamaros@hsk-law.com

1

## CERTIFICATE OF SERVICE

       I hereby certify that on June 21, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mr. Philip E. Kalamaros
HUNT SUEDHOFF KALAMAROS LLP
301 State Street, 2nd Floor – P.O. Box 46
St. Joseph, MI 49085
pkalamaros@hsk-law.com

                                               *s/ Peter A. Schroeder*
                                               Peter A. Schroeder