**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Plaintiff /Counter-Defendant, | ) |
| | ) CASE NO.:  1:10-cv-0261 LJM-MJD |
| v. | ) |
| | ) |
| NUTHAK INSURANCE, LLC and STEPHEN C. NUTHAK, | ) |
| | ) |
| | ) |
| Defendants/Counterclaimants. | ) |

### ORDER OF DISMISSAL, WITH PREJUDICE

The parties have filed their Stipulation of Dismissal With Prejudice.  The Court having reviewed that Stipulation, hereby dismisses this cause, with prejudice.  Each side to bear its own costs.

Date:  06/25/2012

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Peter A. Schroeder, *NORRIS CHOPLIN SCHROEDER LLP*, 101 West Ohio Street, Ninth
    Floor, Indianapolis, IN  46204-4213

Philip E. Kalamaros, *HUNT SUEDHOFF KALAMAROS LLP,* 301 State Street, 2nd Floor, P.O.
    Box 46, St. Joseph, MI  49085

1